JACOB SCHNEIDER, receiver, &c., respondent,

*v.*

THE HAMILTON TRUST COMPANY OF PATERSON, NEW JERSEY, appellant.

[Submitted May term, 1935. Decided October 9th, 1935.]

*Messrs. Bilder, Bilder & Kaufman,* for the respondent.

*Mr. William B. Gourley,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes and reported in *116 N. J. Eq. 55.*

*For affirmance*—The Chief-Justice, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Heher, Perskie, Van Buskirk, Hetfield, Dear, Wells, WolfsKeil, Rafferty, JJ. 15.

*For reversal*—None.